AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:20-mj-71427-MAG   Document 4   Filed 10/06/20   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
Oct 06 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | Case No. 20-mj-71427-MAG-1 (JCS) |
| --- | --- |
| v. | Charging District: Oregon - Portland |
| ALI MARTIN HAYES, | Charging District's Case No. |
| Defendants. | 3:20-cr-021-JO |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Mark O. Hatfield Courthouse 1000 SW Third Avenue Portland, OR 97204 | Courtroom No.: 14B |
| --- | --- |
| | Date and Time: November 9, 2020 at 1:30 PM Before Magistrate Judge Acosta |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: October 6, 2020

_____
Joseph C. Spero
United States Chief Magistrate Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19